# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JASON LAMBERT                                              PLAINTIFF

v.                    No. 4:18-cv-594-DPM

DOC HOLLADAY, Pulaski County Jail                          DEFENDANT

## ORDER

Unopposed recommendation, № 12, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Lambert's complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" within the meaning of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 December 2018