IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JASON LAMBERT                                                            PLAINTIFF

v.                               No. 4:18-cv-594-DPM

DOC HOLLADAY, Pulaski County Jail                                        DEFENDANT

JUDGMENT

The complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 December 2018